Affirmed and Memorandum Opinion filed March 1, 2005









Affirmed and Memorandum Opinion filed March 1, 2005.

 

 

 

In The

 

Fourteenth Court of Appeals

_______________

 

NO. 14-03-00453-CR

_______________

 

DWAYNE ANDRE TYSON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

___________________________________________________

 

On
Appeal from the 337th District Court

Harris County, Texas

Trial
Court Cause No. 906,330 

___________________________________________________

 

M E M O R A N D U M  
O P I N I O N

 

Dwayne
Tyson appeals a conviction for aggravated robbery on the ground that the trial
court erred in denying his motion to quash the indictment because it failed to
identify what kind of property he was accused of taking in the robbery.








Although
appellant=s motion to quash asserted generally
that the indictment did not provide sufficient notice of the charged offense,
it did not indicate how or in what respect(s) the indictment failed to give
such notice.  Nor have we found any other
portion of the record where appellant requested or obtained a ruling from the
trial court on the indictment=s failure to describe the property that was the subject of
the offense.  Accordingly, the complaint
he raises on appeal presents nothing for our review, appellant=s two issues are overruled, and the
judgment of the trial court is affirmed.

 

/s/        Richard H. Edelman

Justice

 

Judgment rendered
and Memorandum Opinion filed March 1, 2005.

Panel consists of
Chief Justice Hedges and Justices Edelman and Seymore.

Do Not Publish C Tex.
R. App. P. 47.2(b).